IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /s/ D.C.

05 JUL 21 AM 9:57

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | ROBERT R. GOULD |
| vs. | ) | CLERK, U.S. DISTRICT COURT |
| | ) | No. 04-20232-Ma W/D MEMPHIS |
| ALFREDO SHAW, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER DIRECTING DEFENDANT TO FILE
FINANCIAL AFFIDAVIT (CJA 23)

Before the court is the March 16, 2005 letter of defendant Alfredo Shaw requesting appointment of counsel for the purpose of appeal. Shaw was represented by retained counsel and was never qualified for appointment of counsel. Shaw is now serving his sentence at the United States Penitentiary in Beaumont, Texas.

In order to consider appointing counsel for Shaw, the court requires a completed financial affidavit.

The clerk is directed to send the attached Financial Affidavit form to Alfredo Shaw, Reg. No. 19683-076, USP Beaumont, United States Penitentiary, PO Box 26030, Beaumont, TX 77720, with a self-addressed, stamped envelope for Shaw to return the completed form to the court.

Upon receipt of the form, Shaw is directed to complete the form and return it to the court.

IT IS SO ORDERED this 20th day of July, 2005.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  7-21-05

46

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | |
|---|---|---|---|---|---|
| IN THE CASE OF | | | FOR | | LOCATION NUMBER |
| USA v.s. Shaw | | | Western District of Tennessee AT Western Division | | COPY |

| PERSON REPRESENTED (Show your full name) | 1 ☒ Defendant—Adult | DOCKET NUMBERS |
|---|---|---|
| Alfredo Shaw | 2 ☐ Defendant - Juvenile | Magistrate |
| | 3 ☐ Appellant | |
| | 4 ☐ Probation Violator | District Court |
| CHARGE/OFFENSE (describe if applicable & check box →)   ☒ Felony | 5 ☐ Parole Violator | 04-20232 |
| 18:922 G.F  Unlawful Transport   ☐ Misdemeanor | 6 ☐ Habeas Petitioner | Court of Appeals |
| of Firearms | 7 ☐ 2255 Petitioner | 05-5675 |
| | 8 ☐ Material Witness | |
| | 9 ☐ Other | |

## ASSETS

**EMPLOYMENT**

Are you now employed? ☐ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: _____

IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No

RECEIVED                SOURCES

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $ _____

**CASH**

Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No  IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No

VALUE                DESCRIPTION

IF YES, GIVE THE VALUE AND $ _____
DESCRIBE IT

MARITAL STATUS   Total No. of Dependents   List persons you actually support and your relationship to them

Creditors    Total Debt    Monthly Paymt.
$_____  $_____
$_____  $_____
$_____  $_____
$_____  $_____

Executed on (date) _____

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage  $
Certified Fee
Return Reciept Fee (Endorsement Required)      Postmark Here
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Sent To: Alfredo Shaw @ USP Beaumont
Street, Apt. No. or PO Box No.: P.O. Box 26030
City, State, ZIP+4: Beaumont, TX 77720

PS Form 3800, June 2002           See Reverse for Instructions

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:04-CR-20232 was distributed by fax, mail, or direct printing on July 21, 2005 to the parties listed.

---

Edwin C. Lenow
LAW OFFICES OF EDWIN C. LENOW
100 N. Main Street
Ste. 2325
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT